DAUBNER, Respondent, vs. MCFARLIN, Appellant.

*October 1—October 20, 1908.*

*Appeal: Review: Findings of fact.*

Findings of fact by the trial court will not be disturbed unless contrary to a clear preponderance of the evidence.

APPEAL from a judgment of the circuit court for Dane county: E. RAY STEVENS, Circuit Judge. *Affirmed.*

Action for damages resulting from excavation by defendant on his own adjoining premises and consequent removal of lateral support for plaintiff's ground. Trial to the court,

and judgment for plaintiff for $100 damages and costs, from which defendant appeals.

The cause was submitted for the appellant on the brief of *Gilbert, Jackson & Ela,* and for the respondent on that of *Rufus B. Smith.*

DODGE, J.    This case presents merely questions of fact as to which the evidence was, to say the least, fairly conflicting.    This court ought not to be burdened, in the performance of its duty to important litigation, by the necessity of examining such questions.    Counsel ought to be able to restrain clients from the bringing of such necessarily futile appeals.    We discover no clear preponderance of evidence against the findings of the trial court.

*By the Court.*—Judgment affirmed.